Argued February 28, affirmed March 23, 1966

## HALLBERG *v.* HOUSING AUTHORITY OF PORTLAND
### 412 P. 2d 374

*Frank L. Whitaker,* Portland, argued the cause and filed briefs for appellant.

*Verne Dusenbery,* Portland, argued the cause for respondent. With him on the brief were Dusenbery, Martin, Beatty, Parks & Templeton, Portland.

Before McALLISTER, Chief Justice, and PERRY, SLOAN, GOODWIN, DENECKE, HOLMAN and LUSK, Justices.

SLOAN, J.

Plaintiff seeks to have ORS Chapter 456, the Housing Authorities Law and Housing Cooperation Law,

declared to be in violation of Article III, § 1, Article IX, § 1 and Article I, § 21 of the Oregon Constitution. Plaintiff's brief contains this statement of his contention:

> "Is there a constitutionally prohibited delegation of legislative power when there are no 'standards' and no 'safeguards' set up for guidance of a Housing Authority, and when there is virtually complete abdication of all legislative control and carte blanche authority given to the federal government to write the laws of Oregon?"

We agree with the trial court that plaintiff's claims are devoid of merit.

Everything claimed in this case is fully answered by *State ex rel v. Malheur County Court,* 1949, 185 Or 392, 203 P2d 305, and *Warren v. Marion County et al,* 1960, 222 Or 307, 353 P2d 257.

Affirmed.